UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08-CV-P566-S

DANIEL COBBLE                                                                                            PETITIONER

v.

UNITED STATES *et al.*                                                                              RESPONDENTS

## MEMORANDUM OPINION

Petitioner has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The filing fee for this action is $5.00. Because Petitioner neither paid the $5.00 filing fee nor submitted a prisoner application to proceed without prepayment of fees at the time he filed his petition, the Clerk of Court issued a deficiency notice. The deficiency notice was entered on October 24, 2008. It directed Petitioner to either pay the fee or file an application to proceed without prepayment of fees within thirty days. Petitioner was warned that his failure to comply with the deficiency notice would result in this matter being brought to the Court's attention.

After Petitioner failed to comply with the Court's notice of deficiency, by Order entered January 8, 2009, the Court directed Petitioner to either pay the $5.00 filing fee or submit an application to proceed without prepayment of fees. Petitioner was given 30 days to comply with the Court's Order. Petitioner was warned that his failure to comply would result in dismissal of this action. Over thirty days have passed since entry of this Order; yet, Petitioner has failed to pay the fee, submit an application to proceed without prepayment of the fee, or show good cause for his failure to do so. A Court may dismiss an action without prejudice if a party fails to

comply with a court order.  *See* Fed. R. Civ. P. 41(b).  Accordingly, by separate Order, the Court will dismiss this action.

Date:

cc:     Petitioner, *pro se*

4411.008