**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:08-CV-P566-S**

**DANIEL COBBLE**                                                                                   **PETITIONER**

v.

**UNITED STATES** *et al.*                                                        **RESPONDENTS**

**ORDER**

    For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Petitioner's claims are **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with an Order of this Court.

    The Court further **certifies** that an appeal of this action would not be taken in good faith.

Date:

cc:    Petitioner, *pro se*

4411.008